**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVE SALVADOR YBARRA,<br><br>                    Plaintiff,<br><br>          v.<br><br>MICHELLE CATHLEEN YBARRA; and<br>EDWARD STRAIGHT,<br><br>                    Defendants. | Case No. 5:25-cv-02250-SPG-AYP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge ("Report"). No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge. For the reasons explained in the Report, this action is dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: July 9, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-1-