JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE SALVADOR YBARRA,<br><br>                    Plaintiff,<br><br>        v.<br><br>MICHELLE CATHLEEN YBARRA; and EDWARD STRAIGHT,<br><br>                    Defendants. | Case No. 5:25-cv-02250-SPG-AYP<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

**IT IS SO ORDERED.**

DATED:  July 9, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-1-